**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN BERNARDINO, individually,<br><br>Plaintiff,<br>vs.<br><br>MAURICE WAYNE YOUNG, an individual; J.B. HUNT TRANSPORT, INC., a foreign corporation; DOES I though XV; and ROE CORPORATIONS 1 through X, inclusive,<br>Defendants. | CASE NO.: 2:26-cv-01405-GMN-NJK<br><br>**ORDER GRANTING**<br>**<u>SUBSTITUTION OF ATTORNEYS</u>** |

## <u>SUBSTITUTION OF ATTORNEY</u>

IT IS HEREBY STIPULATED and AGREED that Defendants, MAURICE WAYNE YOUNG. and J.B. HUNT TRANSPORT, INC, hereby substitutes KURT BONDS, ESQ. AND PATRICK WANG, ESQ. of HALL & EVANS, LLC., as their counsel of record in the above-entitled action in place and stead of CHRISTINA MUNDY, ESQ. and LAURA RIOS, ESQ., of the law firm of MESSNER REEVES LLP.

DATED this 14th day of July 2026.

[signature]
**J.B. HUNT TRANSPORT, INC.**

DATED this 13 day of AUG 2026

Maurice Young
**MAURICE WAYNE YOUNG**



KRB/22159-1+

CHRISTINA MUNDY, ESQ. and LAURA RIOS, ESQ. counsel for MAURICE WAYNE YOUNG. and J.B. HUNT TRANSPORT, INC, hereby agrees and consents to the substitution of HALL & EVANS, LLC., as their counsel of record in the above-entitled action.

MESSNER REEVES LLP

CHRISTINA M. MUNDY, ESQ.
Nevada Bar No. 13181
LAURA E. RIOS. ESQ.
Nevada Bar No. 15990

KURT BONDS, ESQ. AND PATRICK WANG, ESQ. of HALL & EVANS, LLC., hereby accepts substitution as attorneys of record for MAURICE WAYNE YOUNG. and J.B. HUNT TRANSPORT, INC, as their counsel of record in the above-entitled action.

HALL & EVANS, LLC

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICK WANG. ESQ.
Nevada Bar No. 13781
1160 N. Town Ctr. Dr.
Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
wangp@hallevans.com
*Attorneys for Defendants*

IT IS SO ORDERED
Dated: August 14, 2026

Nancy J. Koppe
United States Magistrate Judge