**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTIN BERNARDINO,<br><br>Plaintiff(s),<br><br>vs.<br><br>MAURICE WAYNE YOUNG, ET AL.<br><br>Defendant(s). | Case #2:26-cv-01405-GMN-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Ryan S. Patterson (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Thorpe Shwer, P.C. (firm name)

with offices at 3200 North Central Avenue, Suite 1560 (street address),

Phoenix (city), Arizona (state), 85012 (zip code),

(602) 682-6100 (area code + telephone number), rpatterson@thorpeshwer.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by J.B. Hunt Transport, Inc., et al. [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 11/01/2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Arizona (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, District of Arizona | 11/06/2006 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Arizona.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 01/08/2025 | A-24-902367-C | Eighth Judicial District Court | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

[signature]
Petitioner's signature

STATE OF Arizona )
)
COUNTY OF MARICOPA )

Ryan S. Patterson, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

[signature]
Petitioner's signature

Subscribed and sworn to before me this

12th day of August, 2026.

[signature]
Notary Public or Clerk of Court

JOAN PERALTA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION #647886
MY COMMISSION EXPIRES
APRIL 13, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Kurt R. Bonds (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

1160 North Town Center Drive, Suite 330 (street address),

Las Vegas (city), Nevada (state), 89144 (zip code),

(702) 998-1022 (area code + telephone number), bondsk@hallevans.com (Email address).

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Kurt R. Bonds as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

Ryan S. Patterson
(type or print party name, title)

(party's signature)

Ryan Patterson, Attorney
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

| | |
|---|---|
| 6228 | bondsk@hallevans.com |
| Bar number | Email address |

APPROVED:

Dated: this 14 day of August, 20 26.

UNITED STATES DISTRICT JUDGE



Rev. 5/16

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **RYAN S PATTERSON,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 1, 2006, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 08-11-2026

*Kristina Tuba*

Kristina Tuba
Associate Disciplinary Clerk