**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Martin Bernardino,

Plaintiff(s),

v.

Maurice Wayne Younger, et al.,

Defendant(s).

Case No. 2:26-cv-01405-GMN-NJK

**ORDER**

Pending before the Court is an order to show cause as to the amount-in-controversy requirement for diversity jurisdiction. Docket No. 18. Having considered the response thereto, Docket No. 20, the Court **DISCHARGES** the order to show cause.

IT IS SO ORDERED.

Dated: August 26, 2026

Nancy J. Koppe
United States Magistrate Judge