**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Martin Bernardino,

Plaintiff(s),

v.

Maurice Wayne Young, et al.,

Defendant(s).

Case No. 2:26-cv-01405-GMN-NJK

**Order**

[Docket No. 24]

Pending before the Court is Defendants' notice of deposition, Docket No. 24, which is improper for at least two reasons. First, in violation of the local rules, the notice is signed by attorney Patrick Wang, but was filed by attorney Kurt Bonds. *But see* Local Rule IC 5-1(b). Second, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). Accordingly, the Court **STRIKES** the above-referenced document. If the defense is unfamiliar with the rules and practice in this federal district court, they must promptly rectify that situation.

IT IS SO ORDERED.

Dated: September 9, 2026

Nancy J. Koppe
United States Magistrate Judge