HALL & EVANS, LLC
KURT BONDS, ESQ.
Nevada Bar No. 6228
PATRICK WANG, ESQ.
Nevada Bar No. 13781
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
wangp@hallevans.com

THORPE SHWER, P.C.
RYAN S. PATTERSON, ESQ. (Admitted *Pro Hac Vice*)
Arizona Bar No. 024753
IAN R. KING, ESQ. (Admitted *Pro Hac Vice*)
Arizona Bar No. 034802
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
Telephone: (602) 682-6100
docket@thorpeshwer.com
rpatterson@thorpeshwer.com
iking@thorpeshwer.com
***Attorneys for Defendants***

**HALL & EVANS, LLC**
**1160 North Town Center Drive, Suite 330**
**Las Vegas, Nevada 89144**
**(702) 998-1022**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARTIN BERNARDINO, individually,

Plaintiff,

vs.

MAURICE WAYNE YOUNG, an individual; J.B. HUNT TRANSPORT, INC., a foreign corporation; DOES I through XV; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO.: 2:26-cv-01405-GMN-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINES**

**(Second Request)**

Plaintiff, MARTIN BERNARDINO, by and through his counsel of record, Scott A. Flinders, Esq., of CLEAR COUNSEL LAW GROUP, and Defendants MAURICE WAYNE YOUNG and J.B. HUNT TRANSPORT, INC., by and through their attorneys of record, Kurt R. Bonds, Esq., and Patrick Wang, Esq., of HALL & EVANS, LLC, and Ryan S. Patterson, Esq. and Ian R. King, Esq. of THORPE SHWER, P.C., hereby stipulate and request the Court extend the remaining case deadlines. The parties have actively and diligently engaged in discovery in

HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

this matter. Pursuant to the Court's Scheduling Orders in this matter, the parties have exchanged their Initial Rule 26 Disclosure Statements, including multiple supplements thereto. The parties have further exchanged written discovery requests and scheduled/completed party depositions. Specifically, the deposition of Defendant Maurice Wayne Young was completed on August 7, 2026. The Rule 30(b)(6) deposition of Defendant J.B. Hunt Transport, Inc. was completed on August 27, 2026. Plaintiff's deposition is currently scheduled for September 25, 2026. Accordingly, the parties have diligently engaged in discovery within the deadlines set forth in the Court's First Amended Scheduling Order (Doc. 14).

In addition to discovery, the parties have continued to engage in settlement discussions and have agreed to participate in a second private mediation with attorney Paul M. Haire of Advanced Resolution Management on **November 20, 2026**. To avoid incurring unnecessary costs and expert fees, and to facilitate a potential resolution of this matter at the upcoming private mediation, the parties request that the remaining deadlines be extended to after the mediation. This request is made in good faith and not for purposes of delay. The parties propose the following extensions:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | 12/10/2026 | 02/19/2027 |
| Initial Expert Disclosures | 10/12/2026 | 12/21/2026 |
| Rebuttal Expert Disclosures | 11/12/2026 | 01/20/2027 |
| Dispositive Motions | 01/11/2027 | 03/22/2027 |
| Joint Proposed Pretrial Order | 02/11/2027 | 04/21/2027 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**IT IS SO STIPULATED.**

DATED this 21st day of September, 2026.

CLEAR COUNSEL LAW GROUP

*/s/ Scott A. Flinders (with permission)*
SCOTT A. FLINDERS, ESQ.
Nevada Bar No. 6975
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

HALL & EVANS, LLC

*/s/ Kurt Bonds*
KURT BONDS, ESQ.
Nevada Bar No. 6228
PATRICK WANG, ESQ.
Nevada Bar No. 13781
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*

THORPE SHWER, P.C.

*/s/ Ryan S. Patterson (with permission)*
RYAN S. PATTERSON, ESQ.
Arizona Bar No. 024753
IAN R. KING, ESQ.
Arizona Bar No. 034802
3200 North Central Avenue, Suite 1560
Phoenix, Arizona 85012-2441
*Attorneys for Defendants*

HALL & EVANS, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

**ORDER**

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore, **IT IS SO ORDERED** that this Stipulation to Extend Deadlines (Second Request) is hereby **GRANTED** and the case deadlines shall be amended as follows:

| | |
|---|---|
| Close of Discovery | 02/19/2027 |
| Initial Expert Disclosures | 12/21/2026 |
| Rebuttal Expert Disclosures | 01/20/2027 |
| Dispositive Motions | 03/22/2027 |
| Joint Proposed Pretrial Order | 04/21/2027 |

In addition to the deadlines above, a joint status report must regarding mediation be filed by November 25, 2026.
IT IS SO ORDERED.
Dated: September 22, 2026

Honorable Nancy J. Koppe
United States Magistrate Judge

Respectfully Submitted by:
**HALL & EVANS, LLC**
*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
PATRICK WANG, ESQ.
Nevada Bar No. 13781
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
*Attorneys for Defendants*